714

No. 227. CONCENTRATE MANUFACTURING CORP. *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph H. Choate, Jr.,* and *Maurice Leon* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Clarence E. Dawson* for respondent.

No. 228. MERHENGOOD CORPORATION *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Paul E. Shorb* and *Dwight Taylor* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 232. UNITED STATES *v.* CHICAGO, B. & Q. R. Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Reed* for the United States. *Messrs. J. C. James* and *Bruce Scott* for respondent.

No. 233. F. W. MYERS & Co. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Elisha Hanson* and *Eliot C. Lovett* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Charles D. Lawrence* and *William Whynman* for the United States.